■ UNION HOSPITAL ASSOCIATION OF THE BRONX ex rel. ED-
WARD SHUMOFSKY et al., Appellants, v THOMAS F. CARTY et
al., Respondents.—Order and judgment (one paper), Supreme
Court, Bronx County (Alan J. Saks, J.), entered March 1, 1991,
which, *inter alia,* granted defendants' motions for summary
judgment dismissing the complaint, unanimously affirmed,
without costs.

The complaint was properly dismissed, no issue of fact being
raised as to any wrongful conduct by the defendants trustees
of Union Hospital or St. Barnabas Hospital or its trustees. It
is clear that nothing more than a tentative agreement had
been reached with Bronx-Lebanon Hospital, and that the
Union Hospital trustees were free to authorize the take-over
by St. Barnabas Hospital. Further, the take-over was ratified
by the Union Hospital's board of trustees at a duly constituted
meeting. By failing to object to the propriety of the notice or
any other defect with regard to the regularity of that meeting,
plaintiff has waived any such objection (Not-For-Profit Corpo-
ration Law § 711 [c]). Concur—Sullivan, J. P., Rosenberger,
Kassal and Rubin, JJ.